# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.**  12-cv-02062-CMA-MJW         FTR - Courtroom A-502

**Date:**  September 18, 2012                     Courtroom Deputy, Ellen E. Miller

<u>Parties</u>                                     <u>Counsel</u>

JOHN TONEY, and                                   *Pro Se*
VALERIE TONEY,                                    *Pro Se*

    Plaintiff(s),

v.

JP MORGAN CHASE,                                  Jeffrey D. Whitney

    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**   2:35 p.m.
Court calls case.  Appearances  of *Pro Se* plaintiffs and defense counsel.

Discussion is held regarding the submission by Pro Se plaintiffs of an Unopposed Motion to Allow Service by Email to Plaintiffs.

**It is ORDERED:**      The plaintiffs' UNOPPOSED MOTION TO ALLOW SERVICE BY EMAIL TO PLAINTIFFS [Docket NO. **12**, filed September 18, 2012]  Motion is **GRANTED**  in that the *Pro Se* plaintiffs may proceed with their application process in accordance with Electronic Case Filing Procedures and Local Rules.

The Application may be found on the court website www.cod.uscourts.gov  under  Electronic Case Filing Information (ECF) heading,  "Register for an ECF Account - Pro Se".

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**

Parties shall complete their Fed. R. Civ. P. 26(a)(1) disclosures on or before **SEPTEMBER 25, 2012.**

Joinder of Parties/Amendment to Pleadings:   **OCTOBER 11, 2012**

Discovery Cut-off:   **MARCH 13, 2013**

Dispositive Motions Deadline:   **APRIL 26, 2013**

Each side shall be limited to two (2) expert witnesses, without further leave of Court.
Parties shall designate experts **on or before   JANUARY 11, 2013**
Parties shall designate Rule 26(a)(2) rebuttal experts  **on or before   FEBRUARY 08, 2013**
The disclosure of Experts shall be consistent with  Fed. R. Civ. P. 26(a)2(B).

Interrogatories, Requests for Production, and Requests for Admissions shall be served on or before  **FEBRUARY 08, 2013.**
Each side shall be limited to twenty-five (25) Interrogatories, twenty (20) Requests for Production, and twenty-five (25) Requests for Admissions, without leave of Court.

Each side shall be limited to two (2) fact depositions. Each deposition shall be limited to one (1) day of a maximum of seven (7) hours, absent leave of Court. All depositions, fact and expert witnesses, shall be completed no later than  **MARCH 13, 2013.**
Parties shall use deposition exhibits numbered in consecutive order, not separated as Plaintiff Exhibits or Defendant Exhibits. Parties shall not use any duplicative exhibits.

**FINAL PRETRIAL CONFERENCE** set for   **JUNE 26, 2013  at  9:30  a.m.**
in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

The proposed final pretrial order shall be filed on or before  **JUNE 21, 2013**
In accordance with Fed.R.Civ.P. 16(e), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**TRIAL:**
The parties anticipate a three (3) day Trial to a Jury.
The Honorable Christine M. Arguello will set a Trial Preparation Conference and Trial at a future date.
● **Parties are directed to** www.cod.uscourts.gov **regarding Judicial Officers' Procedures and shall fully comply with the procedures and Practice Standards of the judicial officer assigned to try this case on the merits.**


**[X]**   Scheduling Order is signed and entered with interlineations   **SEPTEMBER 18, 2012**.
Hearing concluded.

**Court in recess:**    2:58 p.m.
Total in-court time: 00:23

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119 or   Toll Free   1-800-962-3345.